**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Arminda Otero, | ) | No. CV-19-00390-PHX-SPL |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| River Medical Incorporated, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On January 28, 2019, Plaintiff Arminda Otero filed an interpleader complaint against several defendants, including (i) River Medical Incorporated, Inc., (ii) Arizona Emergency Medicine Specialists, P.C., (iii) Family Doctors Ramanathan, PLLC, (iv) Allegiant Institute, Inc., (v) PBS Anesthesia, LLC, (vi) Align Med (Alfreda), PLLC, (vii) Las Vegas Pharmacy, Inc., (viii) Raxo Drugs, Inc., (ix) Black Rhino Marketing, LLC, and (x) Key Health Medical Solutions (the "Defaulting Defendants"). (Docs. 1, 25) The Defaulting Defendants were served with the complaint between May 20, 2019 and June 5, 2019. (Docs. 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 23) The Defaulting Defendants did not answer or respond to the complaint and have not appeared in this action. Between August 10, 2019 and August 16, 2019, the Plaintiff filed its Request to the Clerk of the Court to Enter the Default of the Defaulting Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Docs. 39, 42, 45, 48, 51, 54, 57, 60, 63, 71) Between August 12, 2019 and August 19, 2019, the Clerk of Court entered default as to the Defaulting Defendants. (Docs. 66, 80)

On October 10, 2019, the Plaintiff filed her Motion for Default Judgment Against Defendants. (Doc. 91) No response has been filed. Having reviewed the Plaintiff's motion, the record in this matter, and considered the factors under *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) as a whole, the Court concludes that the entry of default judgment against the Defaulting Defendants is appropriate. Accordingly,

**IT IS ORDERED:**

1. That the Plaintiff's Rule 55 Motion for Default Judgment Against Defendants: (1) River Medical Incorporated, Inc.; (2) Arizona Emergency Medicine Specialists, P.C. dba Emergency Physicians; (3) Family Doctors Ramanathan, PLLC dba Family Doctors Of Green Valley; (4) Allegiant Institute, Inc. dba Nevada Spine Clinic; (5) PBS Anesthesia, LLC; (6) Align Med (Alfreda), PLLC fkn Align Chiropractic; (7) Las Vegas Pharmacy, Inc.; (8) Raxo Drugs, Inc.; (9) Black Rhino Marketing, LLC dba Pay Later Pharmacy; and (10) Key Health Medical Solutions (Doc. 91) is **granted**;

2. That default judgment is entered pursuant to Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff Arminda Otero against Defendants (1) River Medical Incorporated, Inc.; (2) Arizona Emergency Medicine Specialists, P.C.; (3) Family Doctors Ramanathan, PLLC dba Family Doctors Of Green Valley; (4) Allegiant Institute, Inc. dba Nevada Spine Clinic; (5) PBS Anesthesia, LLC; (6) Align Med (Alfreda), PLLC dba Align Chiropractic; (7) Las Vegas Pharmacy, Inc.; (8) Raxo Drugs, Inc.; (9) Black Rhino Marketing, LLC dba Pay Later Pharmacy; and (10) Key Health Medical Solutions Inc., whom shall take nothing and are denied entitlement to any portion of the settlement funds currently in Plaintiff's counsel's trust account; and

3. That the Clerk of Court shall enter judgment accordingly.

Dated this 19th day of December, 2019.

Honorable Steven P. Logan
United States District Judge